IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Floyd, Jocilyn | Case Number: 04 B 00502 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 6/3/08 | Filed: 1/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 8, 2008
Confirmed: February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 18,376.99 | |
| Secured: | | 9,617.86 |
| Unsecured: | | 6,087.21 |
| Priority: | | 0.00 |
| Administrative: | | 1,620.00 |
| Trustee Fee: | | 974.93 |
| Other Funds: | | 76.99 |
| Totals: | 18,376.99 | 18,376.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 1,620.00 | 1,620.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Village of Dolton | Secured | 2,737.00 | 2,737.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 9,661.29 | 6,880.86 |
| 5. | Chase Manhattan Mortgage Corp | Unsecured | 575.00 | 335.44 |
| 6. | Mortgage Electronic Registration Sys | Unsecured | 500.00 | 228.64 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 292.48 |
| 8. | ECast Settlement Corp | Unsecured | 197.68 | 963.63 |
| 9. | SBC | Unsecured | 174.45 | 850.41 |
| 10. | Financial Credit Corp | Unsecured | 41.00 | 199.86 |
| 11. | Holy Family Emergency Care | Unsecured | 25.40 | 123.82 |
| 12. | PRA III LLC | Unsecured | 111.37 | 542.91 |
| 13. | CFC Financial Corp | Unsecured | 47.25 | 230.33 |
| 14. | National Capital Management | Unsecured | 370.65 | 1,806.80 |
| 15. | Nicor Gas | Unsecured | 105.21 | 512.89 |
| 16. | Medco Financial Associates | Unsecured | | No Claim Filed |
| 17. | Des Plaines Radiologists | Unsecured | | No Claim Filed |
| 18. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 19. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Village of Mount Prospect | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | AT&T Broadband | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Floyd, Jocilyn

Printed:  6/3/08

Case Number:  04 B 00502
Judge:  Wedoff, Eugene R

Filed:  1/7/04

$ 16,226.30      $ 17,325.07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 85.54 |
| 4% | 48.56 |
| 6.5% | 133.45 |
| 3% | 11.24 |
| 5.5% | 166.58 |
| 5% | 46.70 |
| 4.8% | 88.04 |
| 5.4% | 394.82 |

$ 974.93

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____